No. 01–642. HOSTIN v. ARIZONA SCHOOLS FOR THE DEAF AND BLIND ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–644. SCHMITT v. SCHMITT. C. A. 7th Cir. Certiorari denied.

No. 01–647. LIZZI v. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–649. SHANKS, DBA FLITELINE MAINTENANCE, INC., ET AL. v. ALLIEDSIGNAL, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–650. RUSHFORD v. CAINES, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF FIELDS, DECEASED, ET AL. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 01–655. MC ASSOCIATES v. TOWN OF CAPE ELIZABETH. Sup. Jud. Ct. Me. Certiorari denied.

No. 01–656. A. D. BEDELL WHOLESALE CO., INC., ET AL. v. PHILIP MORRIS INC. ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–658. MCGUIRE v. LOWE'S HOME CENTERS, INC. C. A. 6th Cir. Certiorari denied.

No. 01–659. CONNELLY ET AL. v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 01–661. EGBUNE v. COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 01–663. MONTGOMERY v. TRISLER. Ct. App. Ind. Certiorari denied.

No. 01–665. LEVAKE v. INDEPENDENT SCHOOL DISTRICT NO. 656 ET AL. Ct. App. Minn. Certiorari denied.

No. 01–666. FERGUSON v. HANEY. C. A. 3d Cir. Certiorari denied.